PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Alex Goff    Cr.: 21-00734-001
PACTS #: 7181611

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/19/2022

Original Offense:    Counts One and Two: Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1)(b)(1)(C), a Class C Felonies

Original Sentence: 18 months' imprisonment, 48 months' supervised release

Special Conditions: Special Assessment, Substance Abuse Testing and Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment

Type of Supervision: Supervised Release    Date Supervision Commenced: 04/15/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with his condition.'** <br><br> On July 1, 2022, Goff was scheduled to attend a substance abuse and mental health assessment at Oaks Integrate Care. Goff failed to report. Goff stated he forgot. Goff has been re-scheduled for the assessment for July 22, 2022. <br><br> On July 7, 2022, a urine specimen was secured in during an office visit, which tested positive for marijuana, amphetamine, methamphetamine, cocaine, and oxycodone. Goff denied used of any illicit substances, and the national laboratory results that were submitted for confirmation remain pending. |

Prob 12A – page 2
Alex Goff

U.S. Probation Officer Action:

The Probation Office will continue to monitor Goff and will increase random urine testing and reporting. In addition, Goff has been rescheduled for his assessment for both substance abuse and mental health treatment. The Probation Office and the treatment provider will use this to development an appropriate treatment plan and to assist Goff with developing coping skills to maintain his sobriety. If Goff continues to test positive, or is non-complaint, the Court will be notified immediately. Please allow this letter to serve as a formal written reprimand for her positive drug screen.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erin A. DeSilva*
By:   ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Kevin M. Villa*     7/12/2022
KEVIN M. VILLA            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/13/22
_____
Date